**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
HECTOR RIVERA.

                Plaintiff,

                -against-

WAL-MART STORES EAST, LP.,

                Defendant.

------------------------------------------------------------x

20-CV-5797 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

By previous Order, the Court directed the parties to file a joint status letter by **March 26, 2021**. (ECF 9). To date, the parties have not filed a status letter. The parties shall file a joint status letter by **June 14, 2021**. Plaintiff's counsel is directed to file a Notice of Appearance by the same date. Defendant shall serve this Order on Plaintiff's counsel and file proof of service on the docket by **June 8, 2021**.

**SO ORDERED.**

Dated: June 4, 2021
       New York, New York

                      *s/ Ona T. Wang*
                          **Ona T. Wang**
                    United States Magistrate Judge