**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
HECTOR RIVERA,                                               :
                                                             :
                        Plaintiff,                           :       20-CV-5797 (LTS) (OTW)
                                                             :
              -against-                                      :       ORDER
                                                             :
WAL-MART STORES EAST, LP.,                                   :
                                                             :
                        Defendant.                           :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the rulings made on the record at today's status conference, fact discovery is extended to **December 17, 2021** for the limited purpose of conducting non-party discovery. A joint status letter shall be filed by **November 19, 2021**. The Pre-Settlement Conference Scheduling Call scheduled for October 27, 2021 (ECF 17) is adjourned *sine die*.

**SO ORDERED.**

Dated: October 14, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge